**E-Filed 12/1/08**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY and OLD REPUBLIC INSURANCE COMPANY<br><br>Plaintiffs,<br>v.<br><br>SONICBLUE, INC., PIF High Yield Fund II, formerly known as WM Trust High Yield Fund; PIF Income Fund, formerly known as WM Trust Income Fund; PVC Income Account, formerly known as WM Variable Trust Income Fund; Tonga Partners, L.P.; Anegada Master Fund, Ltd.; Cuttyhunk Fund, Ltd.; Cannell Capital, L.L.C.; and Nebo Investment Fund,<br><br>Defendants. | No. C-07-4185-JF<br><br>**ORDER EXTENDING TIME FOR FILING AND HEARING CROSS MOTIONS FOR SUMMARY JUDGMENT**<br><br>Complaint filed:   December 23, 2007<br>Trial Date:           TBD |

---

1

**ORDER EXTENDING TIME TO FILE AND HEAR CROSS MOTIONS FOR SUMMARY JUDGMENT**

USDC NDCA Case #C-07-4185-JF
404618.1

**ORDER**

The Court has read and considered the stipulation between the parties filed November XX, 2009 requesting that the court extend the filing and hearing dates for the cross motions for summary judgment

**IT IS HEREBY ORDERED** that the January 16, 2009 hearing date for the motions for summary judgment is continued to April 10, 2009 at 9:00 a.m.

DATED: 12/1/08

_____
JEREMY FOGEL
United States District Judge

---

2
ORDER EXTENDING TIME TO FILE AND HEAR CROSS MOTIONS FOR SUMMARY JUDGMENT

USDC NDCA Case #C-07-4185-JF
404618.1

Court Service List

Louis H. Castoria, Esq.
Joanne Madden, Esq.
Daniel Tranen, Esq.
525 Market Street, 17th Floor
San Francisco, CA 94105-2725

Glenn Philip Zwang
Bartko, Zankel, Tarrant and Miller
900 Front Street, #300
San Francisco, CA  94111
Telephone:     (415) 956-1900
Facsimile:      (415) 956-1152

Cecily A. Dumas, Esq.
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone:     (415) 834-3800
Facsimile:      (415) 834-1044

Dennis J. Connolly, Esq.
Alston & Bird
One Atlantic Center
1201 Peachtree Street
Atlanta, GA 30309-3429
Telephone:     (404) 881-7000
Facsimile:      (404) 881-7777

3
**ORDER EXTENDING TIME TO FILE AND HEAR CROSS MOTIONS FOR SUMMARY JUDGMENT**
USDC NDCA Case #C-07-4185-JF
404618.1