AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### **Northern** District of **California**

ADMIRAL INSURANCE COMPANY, et al.

                              Plaintiff (s),

V.

SONICBLUE, INC., et al.

                              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-07-4185-JF

Notice is hereby given that, subject to approval by the court, __Nebo Investment Fund__ substitutes
                                                                                                                                    (Party (s) Name)

__Glenn P. Zwang, Esq.__, State Bar No. __112295__ as counsel of record in
(Name of New Attorney)

place of __Bartko, Zankel, Tarrant & Miller.__
                        (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Glenn P. Zwang, Esq.
    Address:     333 Market Street, 25th Floor, San Francisco, CA  94105
    Telephone:     (415) 227-0900     Facsimile (415) 227-0770
    E-Mail (Optional):     gzwang@buchalter.com

I consent to the above substitution.     NEBO INVESTMENT FUND

Date:   September 30 , 2009     By: /s/ Neil Feinberg
                                                                                        (Signature of Party (s))

I consent to being substituted.     BARTKO, ZANKEL, TARRANT AND MILLER

Date:   October 19, 2009     By: /s/ Robert H. Bunzel
                                                                                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date:   October 20, 2009     By: /s/ Glenn P. Zwang
                                                                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   10/22/09     _____
                                                                                            Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

American LegalNet, Inc.
www.Forms*Workflow*.com