AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### **Northern** District of **California**

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, et al.<br><br>                         Plaintiff (s),<br>         V.<br>SONICBLUE, INC., et al.<br><br>                         Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: C-07-4185-JF |

Notice is hereby given that, subject to approval by the court, PIF High Yield Fund II; PIF Income Fund; and PVC Income Account substitutes
                                    (Party (s) Name)

Glenn P. Zwang, Esq. , State Bar No. 112295 as counsel of record in
(Name of New Attorney)

place of Bartko, Zankel, Tarrant & Miller.
         (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Glenn P. Zwang, Esq. |
| Address: | 333 Market Street, 25th Floor, San Francisco, CA  94105 |
| Telephone: | (415) 227-0900       Facsimile  (415) 227-0770 |
| E-Mail (Optional): | gzwang@buchalter.com |

I consent to the above substitution.

Date: October 19, 2009

PIF High Yield Fund II; PIF Income Fund; and PVC Income Account
By: EDGE ASSET MANAGEMENT
    By:  /s/ Alex Ghazanfari
(Signature of Party (s))

I consent to being substituted.

Date: October 19, 2009

BARTKO, ZANKEL, TARRANT AND MILLER

By:  /s/ Robert H. Bunzel
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: October 20, 2009

By:  /s/ Glenn P. Zwang
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/22/09

*/signature/*
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

American LegalNet, Inc.
www.Forms*Workflow*.com