# UNITED STATES DISTRICT COURT

**Northern** District of **California**

ADMIRAL INSURANCE COMPANY, et al.

                              Plaintiff (s),

V.

SONICBLUE, INC., et al.

                              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-07-4185-JF

Notice is hereby given that, subject to approval by the court, Tonga Partners, L.P.; Anegada Master Fund, Ltd.; Cuttyhunk Fund Ltd.; and Cannell Capital LLC substitutes
*(Party (s) Name)*

Glenn P. Zwang, Esq.            , State Bar No. 112295    as counsel of record in
*(Name of New Attorney)*

place of   Bartko, Zankel, Tarrant & Miller.
*(Name of Attorney (s) Withdrawing Appearance)*

Contact information for new counsel is as follows:

    Firm Name:      Glenn P. Zwang, Esq.

    Address:         333 Market Street, 25th Floor, San Francisco, CA  94105

    Telephone:      (415) 227-0900         Facsimile  (415) 227-0770

    E-Mail (Optional):  gzwang@buchalter.com

I consent to the above substitution.

Tonga Partners, L.P.; Anegada Master Fund, Ltd.; Cuttyhunk Fund Ltd.; and Cannell Capital LLC

Date:  October 12, 2009

By: CANNELL CAPITAL LLC
    By: /s/ J. Carlo Cannell
*(Signature of Party (s))*

I consent to being substituted.

BARTKO, ZANKEL, TARRANT AND MILLER

Date:  October 19, 2009

By: /s/ Robert H. Bunzel
*(Signature of Former Attorney (s))*

I consent to the above substitution.
Date:  October 20, 2009

By: /s/ Glenn P. Zwang
*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date:  10/22/09

*[judge's signature]*
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

American LegalNet, Inc.
www.FormsWorkflow.com