**E-Filed 4/1/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY and OLD REPUBLIC INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>SONICBLUE, INC., PIF high Yield Fund II, formerly known as WM Trust High Yield Fund; PIF Income Fund, formerly known as WM Trust Income Fund; PVC Income Account, formerly known as WM Variable Trust Income Fund; Tonga Partners, L.P.; Anegada Master Fund; Ltd.; Cuttyhunk Fund, Ltd.; Cannell Capital, L.L.C.; and Nebo Investment Fund,<br><br>Defendants and Counter-Claimants. | Case Number C07-4185 JF<br><br>JUDGMENT[1] |

The Court having granted Plaintiff's motion for summary judgment and denied Defendants' cross-motion for partial summary judgment, judgment is hereby entered for Plaintiff and against Defendants.

IT IS SO ORDERED.

DATED: April 1, 2010

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 07-4185
JUDGMENT
(JFLC3)